EARL BATES *v.* COMMISSIONER OF CORRECTION

The petitioner Earl Bates' petition for certification for appeal from the Appellate Court, 86 Conn. App. 777 (AC 23821), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the habeas court's denial of the petitioner's petition for a writ of habeas corpus?"

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 17414.

*David B. Rozwaski*, special public defender, in support of the petition.

Decided April 21, 2005

JULIE COOPER *v.* JOAN CAVALLARO

The defendant's petition for certification for appeal from the Appellate Court, 86 Conn. App. 904 (AC 24568), is denied.

*Joan Cavallaro*, pro se, in support of the petition.

Decided April 21, 2005

STATE OF CONNECTICUT *v.* SCOTT JACOBSON

The defendant's petition for certification for appeal from the Appellate Court, 87 Conn. App. 440 (AC 23983), is granted, limited to the following issue:

"Did the Appellate Court properly determine that the improper introduction of fifty-three photographs, testimony regarding a ziplock bag of hair and testimony regarding the defendant's prior misconduct constituted harmless error?"